UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITA RODAS, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MONETARY MANAGEMENT OF CALIFORNIA, INC., a Delaware corporation, and DOES 1 though 10, inclusive,<br><br>　　　　　　Defendants. | No.  2:14-cv-1389 TLN AC<br><br>**ORDER FOLLOWING INFORMAL TELEPHONIC CONFERENCE** |

Pending before the undersigned is a discovery dispute regarding plaintiff's Interrogatory No. 8 and Request for Production No. 12, seeking "the names, addresses, and telephone numbers" of the prospective class members.  Following unsuccessful meet-and-confer efforts, the parties agreed to an Informal Telephone Conference to resolve the dispute.  The conference was held on January 6, 2015.  Both sides having submitted the dispute, the undersigned rules as follows:

　　1.　　Defendant's counsel shall, no later than January 20, 2015 at 2:00 p.m., provide to plaintiff's counsel the names, addresses and telephone numbers of the putative class members, in compliance with plaintiff's Interrogatory No. 8 and Request for Production No. 12.

　　2.　　The undersigned declines to limit the number of prospective class members whose

1

1 contact information defendant must provide to plaintiff's counsel, to a random sampling, or 10%
2 of the prospective class, or in any other way.  The undersigned further declines to exclude those
3 prospective class members who have signed arbitration agreements with defendant.  The
4 undersigned is aware that a motion to exclude those who have signed such agreements from the
5 class is currently under submission to the Honorable Troy L. Nunley.  See ECF No. 9.
6      3.     Plaintiff may communicate with putative class members thus identified by
7 defendant, but only under the following conditions:
8      a.     Plaintiff's communication must be neutral.
9      b.     The contact information of the prospective class members is subject to the
10 Stipulated Protective Order (ECF No. 11).
11      c.     Plaintiff's counsel shall inform each prospective class member that he or
12 she has the right not to talk to counsel and that, if he or she elects not to talk to counsel, plaintiff's
13 counsel will terminate the contact and not contact them again.
14      d.     Plaintiff's counsel must inform prospective class members that Monetary
15 Management of California, Inc. was compelled by court order to disclose the contact information.
16      e.     Plaintiff's counsel must inform the prospective class members that the
17 communication is confidential, however, this does not preclude the prospective class member
18 from voluntarily giving a declaration to plaintiff's counsel.
19      f.     Plaintiff's counsel must provide the prospective class members with the
20 contact information of defendant's counsel, accompanied by a warning that defendant's counsel
21 does not represent the prospective class members.
22      g.     Plaintiff's communication with prospective class members must be fair and
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

1  accurate, and must not be misleading, intimidating, or coercive.
2      IT IS SO ORDERED.
3  DATED: January 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE