1  C. GRIFFITH TOWLE, State Bar No. 146401
   *gtowle@bzbm.com*
2  SONY B. BARARI, State Bar No. 243379
   *sbarari@bzbm.com*
3  SIMON R. GOODFELLOW, State Bar No. 246085
   *sgoodfellow@bzbm.com*
4  BARTKO, ZANKEL, BUNZEL & MILLER
   A Professional Law Corporation
5  One Embarcadero Center, Suite 800
   San Francisco, California  94111
6  Telephone:   (415) 956-1900
   Facsimile:    (415) 956-1152
7
   Attorneys for Defendant
8  MONETARY MANAGEMENT
   OF CALIFORNIA, INC.
9
   KENNETH S. GAINES, ESQ. State Bar No. 049045
10 ken@gaineslawfirm.com
   DANIEL F. GAINES, ESQ. State Bar No. 251488
11 daniel@gaineslawfirm.com
   ALEX P. KATOFSKY, ESQ. State Bar No. 202754
12 alex@gaineslawfirm.com
   EVAN S. GAINES, ESQ. State Bar No. 287668
13 evan@gaineslawfirm.com
   GAINES & GAINES, APLC
14 27200 Agoura Road, Suite 101
   Calabasas, CA 91301
15 Telephone: (818) 703-8985
   Facsimile: (818) 703-8984
16
17 Attorneys for Plaintiff
   TITA RODAS

18

UNITED STATES DISTRICT COURT

19

EASTERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  TITA RODAS, on behalf of herself and all others similarly situated, and on behalf of the general public, | Case No. 2:14-cv-01389-TLN-AC |
| 22 | **STIPULATION EXTENDING CLASS CERTIFICATION DEADLINES; AND ORDER** |
| 23              Plaintiff, | |
| 24       v. | |
| 25  MONETARY MANAGEMENT OF CALIFORNIA, INC., a Delaware corporation, and DOES 1 through 10, inclusive, | |
| 26 | |
| 27              Defendants. | Action Removed:   June 10, 2014 |
| 28 | |

-1-

1  WHEREAS, on August 14, 2014, the Court issued a Pretrial Scheduling Order;

2  WHEREAS, the Pretrial Scheduling Order set January 9, 2015 as plaintiff Tita Rodas'
3  ("Plaintiff") and defendant Monetary Management of California, Inc.'s ("MMC") (collectively, the
4  "Parties") deadline to complete class-certification discovery;

5  WHEREAS, due to the Parties' and witnesses' schedules, especially due to the holiday
6  period, the Parties were not able to complete all depositions by January 9, 2015, but expect to be
7  finished on January 22, 2015;

8  WHEREAS, the Pretrial Scheduling Order set February 9, 2015 as the Parties' deadline by
9  which to "designate in writing, file with the Court, and serve upon all other parties the name,
10  address, and area of expertise of each expert that they propose to tender at class certification" and
11  serve "a written report prepared and signed by the witness" (the "Expert Disclosure and Report
12  Deadline);

13  WHEREAS, the Pretrial Scheduling Order set March 12, 2015 as Plaintiff's deadline to file
14  her Motion for Class Certification (the "Motion for Class Certification Filing Deadline");

15  WHEREAS, based on the unavoidable delay in completing the depositions, the Parties
16  hereby stipulate, and request that the Court: (1) extend the Expert Disclosure and Report Deadline
17  to March 2, 2015, and (2) extend the Motion for Class Certification Filing Deadline to April 2,
18  2015.

19  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

20

21  DATED: January 13, 2015

22                                          BARTKO, ZANKEL, BUNZEL & MILLER
                                            A Professional Law Corporation
23

24                                          By:  _____/s/ C. Griffith Towle_____
                                                 C. Griffith Towle
25                                               Attorneys for
                                                 MONETARY MANAGEMENT
26                                               OF CALIFORNIA, INC.

27

28

-2-

DATED:  January 13, 2015

                                                GAINES & GAINES, APLC

                              By:   /s/ Daniel F. Gaines (as authorized on 1/13/15)
                                                DANIEL F. GAINES
                     Attorneys for Plaintiff TITA RODAS, on behalf of
             herself and all others similarly situated and on behalf
                                      of the general public

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January 14, 2015

_____
Troy L. Nunley
United States District Judge

-3-

2186.004/872079.1          STIPULATION EXTENDING CLASS CERTIFICATION DEADLINES:
                                    AND ORDER / Case No. 2:14-cv-01389-TLN-AC