KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
GAINES & GAINES, APLC
27200 Agoura Road, Suite 101
Calabasas, CA 91301
Telephone: (818) 703-8985
Facsimile:  (818) 703-8984

Attorneys for Plaintiff TITA RODAS, on behalf of herself and all others similarly situated, and on behalf of the general public

C. GRIFFITH TOWLE, State Bar No. 146401
gtowle@bzbm.com
SONY B. BARARI, State Bar No. 243379
sbarari@bzbm.com
SIMON R. GOODFELLOW, State Bar No. 246085
sgoodfellow@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:   (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Defendant
MONETARY MANAGEMENT
OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITA RODAS, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>          Plaintiff,<br><br>     v.<br><br>MONETARY MANAGEMENT OF CALIFORNIA, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.  2:14-cv-01389-TLN-AC<br><br>**SECOND STIPULATION AND ORDER TO EXTEND CLASS CERTIFICATION MOTION FILING DEADLINE BY 29 DAYS**<br><br>Judge:     Honorable Troy L. Nunley<br>               Courtroom 2, 15th Floor<br><br>*Action Removed: June 10, 2014* |

-1-

1  WHEREAS, on August 14, 2014, the Court issued a Pretrial Scheduling Order;

2  WHEREAS, the Pretrial Scheduling Order set March 12, 2015 as Plaintiff Tita Rodas'
3  ("Plaintiff") deadline to file a motion for class certification;

4  WHEREAS, on January 15, 2015, pursuant to the stipulation of the parties, the Court
5  entered an order which extended Plaintiff's deadline to file her motion for class certification to
6  April 2, 2015 (Docket No. 18);

7  WHEREAS, the parties have engaged in settlement discussions and seek to participate in a
8  settlement conference prior to the date on which Plaintiff must file her motion for class
9  certification;

10  WHEREAS, the parties hereby stipulate, and request that the Court extend the deadline for
11  Plaintiff to file her motion for class certification by 29 days to May 1, 2015, before which the
12  parties will engage in in-person negotiations in an attempt to resolve the litigation.

13  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  March 27, 2015

BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation


By:  /s/ C. Griffith Towle (as authorized on 3/24/15)
C. Griffith Towle
Attorneys for MMC
MONETARY MANAGEMENT
OF CALIFORNIA, INC.

1 | DATED: March 27, 2015

GAINES & GAINES, APLC

By: _____/s/ Alex P. Katofsky_____
ALEX P. KATOFSKY
Attorneys for Plaintiff TITA RODAS, on behalf of
herself and all others similarly situated

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 27, 2015

_____
Troy L. Nunley
United States District Judge

-3-