KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
GAINES & GAINES, APLC
27200 Agoura Road, Suite 101
Calabasas, CA 91301
Telephone: (818) 703-8985
Facsimile:  (818) 703-8984

Attorneys for Plaintiff TITA RODAS, on behalf
of herself and all others similarly situated,
and on behalf of the general public

C. GRIFFITH TOWLE, State Bar No. 146401
gtowle@bzbm.com
SONY B. BARARI, State Bar No. 243379
sbarari@bzbm.com
SIMON R. GOODFELLOW, State Bar No. 246085
sgoodfellow@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:   (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Defendant
MONETARY MANAGEMENT
OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITA RODAS, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MONETARY MANAGEMENT OF CALIFORNIA, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.  2:14-cv-01389-TLN-AC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE ALL PENDING DATES AND STAY THIS ACTION PENDING THE COURT'S APPROVAL OF SETTLEMENT** |

1    Plaintiff TITA RODAS ("Plaintiff") and Defendant MONETARY MANAGEMENT OF
2 CALIFORNIA, INC ("Defendants") (Plaintiff and Defendant are collectively the "Parties"), by
3 and through their respective undersigned counsel, hereby stipulate and agree to vacate all pending
4 dates and stay this action pending the Court's approval of settlement, and mutually request that the
5 Court approve and enter said Stipulation and enter an order in accordance herewith to permit
6 further settlement discussions between the Parties.

## STIPULATION

WHEREAS, on April 15, 2015, the Parties participated in a mediation with Judge Ronald M. Sabraw (Ret.) in an effort to resolve the claims in the above-captioned class and representative action (the "Action");

WHEREAS, the Parties have reached a settlement of the Action, subject to Court approval, but require further time to finalize the long form settlement and notice form;

WHEREAS, pursuant to the Court's August 14, 2014 Pretrial Scheduling Order and subsequent Orders Pursuant to Stipulation following thereafter, Plaintiff's continued deadline to file her Motion for Class Certification is currently May 1, 2015 (Docket No. 19);

WHEREAS, because the Action has been settled, the Parties believe that their time and efforts should be utilized toward finalization of the settlement documents and preparation of motion for preliminary approval, rather than unnecessary law and motion.

IT IS THEREFORE HEREBY STIPULATED AND AGREED that the Court may enter an order vacating all pending dates, specifically including but not limited to the deadline to file Plaintiff's Motion for Class Certification referenced above, and staying the case pending the Court's approval of the settlement agreement.

IT IS FURTHER STIPULATED AND AGREED that the Court may set a date for the filing of a Motion for Preliminary Approval of Class Action Settlement and a hearing date thereafter, and that the Parties respectfully request thirty (30) days to prepare that filing.

\\
\\
\\

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  April 23, 2015

                    BARTKO, ZANKEL, BUNZEL & MILLER
                    A Professional Law Corporation


By: /s/ C. Griffith Towle (as authorized on 4/17/15)
        C. Griffith Towle
        Attorneys for MMC
      MONETARY MANAGEMENT
       OF CALIFORNIA, INC.

DATED:  April 23, 2015

                    GAINES & GAINES, APLC


By: /s/ Alex P. Katofsky
     ALEX P. KATOFSKY
Attorneys for Plaintiff TITA RODAS, on behalf of herself and all others similarly situated

**ORDER**

Pursuant to the Stipulation above, the Court orders the following:

1. The Action is stayed, pending the Court's approval of the settlement agreement.

2. All pending dates, specifically including but not limited to the deadline to file Plaintiff's Motion for Class Certification referenced above, are hereby vacated.

3. The hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement is scheduled for July 2, 2015 at 2:00 p.m. in Courtroom 2 of this Court.

4. Plaintiff shall file her Motion for Preliminary Approval of Class Action Settlement no later than June 4, 2015.

Dated:  April 23, 2015

                    Troy L. Nunley
                    United States District Judge